DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK BEDFORD,**
Appellant,

v.

**ALICIA HEERALAL,**
Appellee.

No. 4D18-3071

[October 24, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Murphy, III, Senior Judge; L.T. Case No. DVCD-18-006469.

Mark Bedford, Lauderdale Lakes, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***